IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ODILIA GARCIA, RICARDO BENAVIDES, and RAQUEL G. MORIN, ) ) ) Plaintiffs, ) ) vs. ) ) CITY OF HONDO, TEXAS, ) ) Defendant. ) | CIVIL ACTION NO. SA-09-CA-394-FB |

### FINAL JUDGMENT

The Court considered the status of the above-styled and numbered cause. It appears all maters have been resolved either between the parties or through legal motions and Court intervention is no longer necessary.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is DISMISSED. Motions pending with the Court, if any, are denied.

It is so ORDERED.

SIGNED this _2_ day of May, 2010.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE